## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MARLON OSBOURNE, M.D. AND THE
CITY OF PHILADELPHIA OFFICE OF THE
MEDICAL EXAMINER,

              Respondents

          v.

JOSHUA M. GREENBERG AND SANDRA
GREENBERG, ADMINISTRATORS OF
THE ESTATE OF MS. ELLEN R.
GREENBERG,

              Petitioners

: No. 332 EAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of July, 2024, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioners is:

> Whether, as an issue of statewide importance, executors and administrators of an estate have standing to challenge an erroneous finding recorded on the decedent's death certificate where that finding constitutes a bar or material impediment to recovery of victim's compensation, restitution or for wrongful death, as well as private criminal complaints.

Justice Wecht did not participate in the consideration or decision of this matter.